IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY COSTON** | * | Case 3:14-CV-172 |
| Plaintiff, | * | Judge Walter H Rice |
| v. | * | |
| **BRICKLAYERS AND MASONS, LOCAL NO. 22 PENSION PLAN et. al.,** | * | |
| Defendants. | * | |

### ORDER

UPON CONSIDERATION of the Parties' Joint Motion to Stay Deadlines / Discovery and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED until December 15, 2014 and all pending deadlines are tolled.

It is further ORDERED that the Parties shall notify Court no later than December 21, 2014 of the status of their settlement efforts.

SO ORDERED,

_/s/ Walter H Rice_

Judge Walter H Rice